ACCEPTED
04-14-00527-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/17/2015 11:24:49 AM
KEITH HOTTLE
CLERK

# ATLAS, HALL & RODRIGUEZ, LLP

ATTORNEYS AT LAW

P.O. BOX 3725  (78502-3725)

818 W. PECAN BLVD.  (78501-2418)

McALLEN, TEXAS

TEL. (956) 682-5501    FAX (956) 686-6109

ATLASHALL.COM

jvale@atlashall.com
(956) 632-8221 Direct Line

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/17/2015 11:24:49 AM

KEITH E. HOTTLE
Clerk

August 17, 2015

*Via Electronic Filing*

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205-3037

> RE:  *Saenz, et al. v. Thorp Petroleum Corp., et al.*; Cause No. 04-14-00527-CV

Dear Mr. Hottle and the Honorable Justices of the Court of Appeals:

On Friday, August 14, 2015, the Salinas Defendants[1] filed a Conditional Motion for Extension of Time to File Motion for Rehearing.  As stated in that motion, the Salinas Defendants sought an extension only in the case that the appellants also sought rehearing.  The deadline has passed to seek an extension for motion for rehearing or en banc reconsideration, and the Salinas Defendants have not been served with any such motion by the appellants.  Moreover, the Court's online docket indicates that the appellants have not filed such a motion, and the clerk's office confirmed over the phone this morning that the Court has not received such a motion from the appellants.

As such, please allow this letter to serve as notice that the Salinas Defendants are withdrawing their Conditional Motion for Extension of Time to File Motion for Rehearing.  Please contact me if you should need anything further.

---

[1] The "Salinas Defendants" include Rosalinda Salinas Balderas; Fausto Salinas; Elda Salinas Ponce; D-Fox, Ltd.; Elodia Salinas; Linda Mandes; Veronica Casas Campbell; and Cynthia M. Villarreal, f/k/a Cindy Casas Reyna.

AUSTIN OFFICE
7200 N. MOPAC EXPY., STE 430
AUSTIN, TEXAS 78731-2696
TEL. (512) 583-0579
FAX (956) 574-9337

BROWNSVILLE OFFICE
P.O. BOX 6369 (78523-6369)
50 W. MORRISON RD., STE A
BROWNSVILLE, TEXAS 78520-7262
TEL. (956) 574-9333
FAX (956) 574-9337

UVALDE OFFICE
124 N. EAST STREET
UVALDE, TEXAS 78801-5312
TEL. (830) 278-3100
FAX (844) 272-4209

Very truly yours,

ATLAS, HALL & RODRIGUEZ, LLP


By: /s/ J. Joseph Vale
       J. Joseph Vale

## Certificate of Service

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on all counsel of record on August 17, 2015, as follows:

| Recipient: | Attorney for: | Served by: |
|---|---|---|
| David George (dgeorge@bakerwotring.com) **CONNELLY BAKER WOTRING LLP** 700 JPMorgan Chase Tower 600 Travis Street Houston, Texas 77002 Fax: 713-980-1701 *and* Roger S. Braugh, Jr. (rbraugh@swbtrial.com) **SICO, WHITE, HOELSCHER, HARRIS & BRAUGH, LLP** 900 Frost Bank Plaza 802 N. Carancahua, Suite 900 Corpus Christi, Texas 78470 Fax: 361-653-3333 *and* John T. Flood (john@floodandflood.com) **FLOOD & FLOOD** 802 N. Carancahua, Suite 900 Corpus Christi, Texas 78401 | Plaintiffs/appellants Anna Maria Salinas Saenz; Joel Saenz; Hermelinda Benavides; Leoncio Salinas; Romulo Benavides III; Reynaldo Garcia; Simon Ramon, Jr.; Gumecinda Ramon; Jacinto A. Garcia, Sr.; Diana E. Conde; Minerva Castillo; Josue Garcia; Blanca Estella Garza; Aroldo Garcia; Mary Elisa Garcia, Leticia Garcia-de La Paz, and Lizette A. Garcia, individually and as heirs and representatives of the Estate of Guillermo Garcia, Jr., deceased; [Continued below] | Electronically if available, or by facsimile |

| Fax: 361-654-8879 | [Continued from above] Aurora Garcia Martinez; Aida Martinez; Francisco Martinez; Luisa M. Ruiz; Josue Eliab Garcia, Sr.; Thelma Benavides Aguilar; and Irma Benavides Cerda | |
|---|---|---|
| **Juan J. Hinojosa** (jjhinojosa@bizrgv.rr.com) 612 W. Nolana Loop, Ste. 410 McAllen, Texas 78504 Fax: 956-686-8462 | Defendant/appellee Arturo Salinas | Electronically if available, or by facsimile |
| C. Frank Wood (fwood@swjz.com) **SANCHEZ, WHITTINGTON, ZABARTE & WOOD, LLC** 3505 Boca Chica Blvd., Ste. 100 Brownsville, Texas 78521 Fax: 956-546-3765 | Defendants/appellees Ruben Garcia; Joel Garcia, Sr.; Estela Garcia Espinoza; Omero Garcia, Jr.; Anabelle Garcia Saldivar; Anelita Garcia Falcon; Ramiro S. Garcia; Maria Ella Garcia; Abel Garcia; Martin Garcia; Eduardo Garcia; Alfonso Garcia, Jr.; Inez Garcia Ramirez; Irene Garcia Rodriguez; Dora Elia Salinas Kochich; Alicia Minerva Salinas Cantu; [Continued below] | Electronically if available, or by facsimile |

| | [Continued from above] Eustacio Flores; Eloy Garcia, Jr.; Graciela G. Gonzalez; Manuel Garcia; Rosa Anna Garcia; Orfalina Garcia; Oscar Daniel Garcia; Hilda Irma G. Romo; Rosa Anna S. Solis; Emma Salinas; Maria Guadalupe S. Garza; Arturo Salinas; Irene Salinas Flores; Juan Manuel Salinas, Jr.; Victoria Salinas; and Sergio Ramon Salinas | |
|---|---|---|
| Jose Luis Flores (joe@jlfloreslawfirm.com) **LAW OFFICE OF JOSE LUIS FLORES** 1111 W. Nolana McAllen, Texas 78504 Fax: 956-682-3838 | Defendants/appellees Eleodora Salinas Del Real; Dalia Salinas; and Jose Manuel Flores | Electronically if available, or by facsimile |
| Daniel T. Robles (noemi@dan-robles.com) **SOLIS & ROBLES, L.L.C.** Westoria Bldg., 1st Floor 420 S. "F" Street Harlingen, TX 78550 Fax: 956-444-0217 | Defendant/appellee Oscar Garcia, Jr. | Electronically if available, or by facsimile |

| | | |
|---|---|---|
| Lee S. Gill (gill@jonesgill.com)<br>**JONES GILL, L.L.P.**<br>6363 Woodway, Suite 1100<br>Houston, Texas 77057<br>Fax: 713-651-0716 | Defendants/appellees Thorp Petroleum Corporation; Stanco Land Management, LLC; Meredith Land & Minerals, Co.; El Paso Production Company; El Paso E&P Company, LP; El Paso Exploration & Production Management, Inc.; and El Paso Exploration & Production | Electronically if available, or by facsimile |
| Mark W. Hanna (mhanna@scottdoug.com)<br>Kennon L. Wooten (kwooten@scottdoug.com)<br>**SCOTT, DOUGLASS & MCCONNICO, LLP**<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701-2589<br>Fax: 512-495-6399 | Defendant/appellee Smith Production Inc. | Electronically if available, or by facsimile |
| Ricardo L. Salinas (rsalinaslaw@yahoo.com)<br>**SALINAS/FLORES**<br>2011 N. Conway<br>Mission, Texas 78572<br>Fax: 956-580-9688 | Defendant/appellee Ricardo Salinas | Electronically if available, or by facsimile |

| Rene A. Flores (rene.flores@yahoo.com) **THE LAW OFFICE OF RENE A. FLORES** 2724 W. Canton Road Edinburg, Texas 78539 | Defendants/appellees Alida Salinas Hernandez, Arnaldo Salinas, Alma Salinas Munoz, Adelaida Salinas, Aida Salinas Flores, Guadalupe Salinas, Maria Ester Salinas Cantu, and Maria del Carmen Zamora | Electronically if available, or by certified mail |
|---|---|---|

/s/ J. Joseph Vale
J. Joseph Vale